DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. LONG

No. 466P96

Case below: 123 N.C.App. 790

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

STATE v. MITCHELL

No. 479P96

Case below: 124 N.C.App. 231

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

STATE v. MOORES

No. 8P97

Case below: 124 N.C.App. 787

Petition by defendant (Moores) for writ of supersedeas and motion for temporary stay denied 24 January 1997. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 February 1997.

STATE v. MUNSEY

No. 417A95-2

Case below: Wilkes County Superior Court

Motion by defendant (Munsey) for appropriate relief denied 7 February 1997.

STATE v. PROVOST

No. 543P96

Case below: 124 N.C.App. 673

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.